UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:14-cv-22728-SCOLA/Otazo-Reyes

SEOUL SEMICONDUCTOR CO., LTD.

     Plaintiff.       JURY TRIAL DEMANDED

vs

CRAIG ELECTRONICS, INC.

     Defendant.
_____/

**DEFENDANT CRAIG ELECTRONICS, INC.'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

  Defendant, CRAIG ELECTRONICS, INC. ("Craig" or "Defendant"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), hereby moves for an enlargement of time of thirty (30) days to respond to the Complaint, and states:

  1. Defendant was served with the Complaint on or about July 24, 2014.

  2. Defendant's response to the Complaint is due on or about August 14, 2014.

  3. The Complaint includes causes of action for infringement of five (5) separate United States patents.

  4. Counsel for Defendant is investigating the matter and, given the complex nature of the allegations made in the Complaint, requires additional time to confer with Defendant and formulate a response to the Complaint.

  5. Counsel for Defendant will be unavailable for three weeks due to an unplanned, yet unavoidable, absence from the office of a personal nature.

  5. Good cause exists for the requested enlargement, which is not being interposed for purposes of undue delay.

**LOTT & FISCHER, PL** • 355 Alhambra Circle • Suite 1100 • Coral Gables, FL  33134
Telephone: (305) 448-7089 • Facsimile: (305) 446-6191

WHEREFORE, Defendant requests that the Court grant an extension of thirty (30) days, through September 13, 2014, to respond to the Complaint.

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(3)**

In accordance with Local Rule 7.1(a)(3), the undersigned counsel for movant certifies that he has contacted counsel for Plaintiff who advised that Plaintiff does not oppose the motion or the relief requested.

*[signature on following page*

CASE NO. 1:14-CV-22728-SCOLA/OTAZO-REYES

Date:  August 12, 2014 Respectfully submitted,

**LOTT & FISCHER, PL**

**s/ Adam Diamond**
Ury Fischer
Florida Bar No. 048534
E-mail: ufischer@lottfischer.com
Adam Diamond
Florida Bar No. 091008
E-mail: adiamond@lottfischer.com
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134
Telephone: (305) 448-7089
Facsimile: (305) 446-6191

*Attorneys for Defendant Craig Electronics, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 12, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

s/ Adam Diamond
Adam Diamond

CASE NO. 1:14-CV-22728-SCOLA/OTAZO-REYES

## SERVICE LIST

*Seoul Semiconductor Co., Ltd. v. Craig Electronics, Inc.*
United States District Court, Southern District of Florida
CASE NO. 1:14-CV-22728-SCOLA/OTAZO-REYES

Service via CM/ECF generated Notices of Electronic Filing:

**Astigarraga Davis Mullins & Grossman, P.A.**
Edward M. Mullins
Fla. Bar No. 863920
E-Mail: emullins@astidavis.com
Regan N. Kruse
Fla. Bar No. 84404
E-Mail: rkruse@astidavis.com
1001 Brickell Bay Drive, Ninth Floor
Miami, FL 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202

**Radulescu LLP**
David C. Radulescu, Ph.D.*
E-Mail: david@radulescullp.com
Tigran Vardanian*
E-Mail: tigran@radulescullp.com
Robin M. Davis*
E-Mail: robin@radulescullp.com
Michael D. Sadowitz*
E-Mail: mike@radulescullp.com
Daniel Kesack*
E-Mail: Daniel@radulescullp.com
136 Madison Avenue, 5th Floor
New York, New York
Telephone: (646) 502-5950
Facsimile: (646) 502-5959
*Admitted Pro Hac Vice*

*Attorneys for Plaintiff Seoul Semiconductor Co., Inc.*