**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:14-cv-22728-SCOLA/Otazo-Reyes**

SEOUL SEMICONDUCTOR CO., LTD.

               Plaintiff.                JURY TRIAL DEMANDED

vs

CRAIG ELECTRONICS, INC.

               Defendant.
_____/

**DEFENDANT CRAIG ELECTRONICS INC.'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Craig Electronics, Inc., by and through its undersigned counsel, hereby makes the following disclosure:

Craig Electronics, Inc, a corporation organized under the laws of the state of Florida, is a wholly-owned subsidiary of Newtech Electronics Industries, Inc, a corporation organized under the laws of the state of Florida. No publicly held corporation owns ten percent or more of its stock.

*[signature on following page]*

CASE NO. 1:14-CV-22728-SCOLA/OTAZO-REYES

Date:   September 12, 2014                    Respectfully submitted,

**LOTT & FISCHER, PL**

**s/ Ury Fischer**

Ury Fischer
Florida Bar No. 048534
E-mail: ufischer@lottfischer.com
Adam Diamond
Florida Bar No. 091008
E-mail: adiamond@lottfischer.com
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134
Telephone: (305) 448-7089
Facsimile: (305) 446-6191

*Attorneys for Defendant Craig Electronics, Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on September 12, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF.

s/ Ury Fischer
Ury Fischer

CASE NO. 1:14-CV-22728-SCOLA/OTAZO-REYES

## SERVICE LIST

*Seoul Semiconductor Co., Ltd. v. Craig Electronics, Inc.*
United States District Court, Southern District of Florida
CASE NO. 1:14-CV-22728-SCOLA/OTAZO-REYES

Service via Electronic Mail:

**Astigarraga Davis Mullins & Grossman, P.A.**
Edward M. Mullins
Fla. Bar No. 863920
E-Mail: emullins@astidavis.com
Regan N. Kruse
Fla. Bar No. 84404
E-Mail: rkruse@astidavis.com
1001 Brickell Bay Drive, Ninth Floor
Miami, FL 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202

**Radulescu LLP**
David C. Radulescu, Ph.D.*
E-Mail: david@radulescullp.com
Tigran Vardanian*
E-Mail: tigran@radulescullp.com
Robin M. Davis*
E-Mail: robin@radulescullp.com
Michael D. Sadowitz*
E-Mail: mike@radulescullp.com
Daniel Kesack*
E-Mail: Daniel@radulescullp.com
136 Madison Avenue, 5th Floor
New York, New York
Telephone: (646) 502-5950
Facsimile: (646) 502-5959
*Admitted Pro Hac Vice*

*Attorneys for Plaintiff Seoul Semiconductor*
*Co., Inc.*