UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:14-CV-22728-SCOLA/OTAZO-REYES

SEOUL SEMICONDUCTOR CO., LTD.

    Plaintiff,

  v.

CRAIG ELECTRONICS, INC.

    Defendant.

**JURY TRIAL DEMANDED**

**PLAINTIFF SEOUL SEMICONDUCTOR, LTD.'S *UNOPPOSED* MOTION FOR ENLARGEMENT TO FILE ANSWER TO DEFENDANT CRAIG ELECTRONICS, INC.'S COUNTERCLAIMS**

    Plaintiff Seoul Semiconductor Co., Ltd. ("SSC") moves for a one (1) day enlargement of time, through and including October 7, 2014, to file its Answer to the Counterclaims filed by Craig Electronics, Inc. ("Craig") (Dkt. No. 19) ("Counterclaims"). Good cause exists for granting this motion for the following reasons:

    1.    On September 12, 2012, Craig electronically filed its Answer, Affirmative Defenses, and Counterclaims To Plaintiff's Complaint (Dkt. No. 19) through the CM/ECF filing system.

    2.    Thus, SSC's answer to Craig's Counterclaims is due today, October 6, 2014.

    3.    Today, October 6, 2014, Craig's counsel sent a follow up email to SSC's counsel regarding the parties' meet and confer discussions that took place on September 30, 2014, and as a compromise, offered to amend Craig's Affirmative Defenses and Counterclaims.

    4.    SSC's counsel responded that it agreed to Craig's compromise proposal and requested that Craig file its amended pleading today.

5. Craig's counsel replied that given the late hour, it would file its amended pleading tomorrow, October 7, 2014. Craig's counsel further stated that it had no objection to SSC's motion for an enlargement of time to answer its amended Counterclaims.

6. SSC accordingly requests an enlargement of time of one (1) day, up through and including October 7, 20014, to serve its answer to Craig's amended Counterclaims.

7. This motion is not filed for the purpose of delay but to conserve the resources of the parties and the Court, and to allow Craig to file its amended pleading before SSC files any answer.

8. Craig will not be prejudiced by the granting of the brief enlargement of time requested as evidenced by its agreement to the relief being requested herein.

**CERTIFICATE OF CONSULTATION**

In accordance with S.D. Fla. Local Rule 7.1(a)(3), SSC's counsel certifies that they have conferred with Craig's counsel, Ury Fischer, who indicated that Craig does not object to the relief sought herein.

WHEREFORE, Plaintiff SSC requests this Court to enter an Order granting it an enlargement of time of one (1) day, up through and including October 7, 2014, to serve its answer to Craig's amended Counterclaims. A proposed order is attached.

DATED:   October 6, 2014                                  Respectfully submitted,

**ASTIGARRAGA DAVIS MULLINS & GROSSMAN, P.A.**

*/s/ Edward M. Mullins*
Edward M. Mullins (Fla. Bar No. 863920)
emullins@astidavis.com
Regan N. Kruse (Fla. Bar No. 84404)
rkruse@astidavis.com

2

1001 Brickell Bay Drive, Ninth Floor
Miami, Florida 33131
Tel:   (305) 372-8282
Fax:  (305) 372-8202

***Attorneys for Plaintiff,
Seoul Semiconductor Co., Ltd.***

*Of Counsel:*

David C. Radulescu, Ph.D.*
david@radulescullp.com
Tigran Vardanian*
tigran@radulescullp.com
Robin M. Davis*
robin@radulescullp.com
Michael D. Sadowitz*
mike@radulescullp.com
RADULESCU LLP
136 Madison Ave., 5th Floor
Tel:   (646) 502-5950
Fax:  (646) 502-5959

*\*Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 6, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system.  I also certify that the foregoing document is being served this date on all counsel of record or pro se parties on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or; in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Regan N. Kruse*
Regan N. Kruse (Fla. Bar No. 84404)

## SERVICE LIST
*Seoul Semiconductor Co., Ltd. v. Craig Electronics, Inc.*
S.D. Fla. Case No. 14-cv-22728-RNS

Ury Fischer
ufischer@lottfischer.com
Adam Diamond
adiamond@lottfischer.com
Lott & Fischer, PL
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134
Tel:   (305) 448-7089
Fax:   (305) 446-6191

*Counsel for Defendant,*
*Craig Electronics, Inc.*