**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:14-CV-22728-SCOLA/OTAZO-REYES**

SEOUL SEMICONDUCTOR CO., LTD.

    Plaintiff,

v.

CRAIG ELECTRONICS, INC.

    Defendant.

**JURY TRIAL DEMANDED**

**[PROPOSED] ORDER GRANTING PLAINTIFF SEOUL SEMICONDUCTOR, LTD.'S *UNOPPOSED* MOTION FOR ENLARGEMENT TO FILE ANSWER TO DEFENDANT CRAIG ELECTRONICS, INC.'S COUNTERCLAIMS**

THIS CAUSE came before the Court on Plaintiff Seoul Semiconductor, Ltd.'s ("SSC") *Unopposed* Motion For Enlargement To File Answer To Defendant Craig Electronics, Inc.'s ("Craig") Counterclaims. SSC has requested an enlargement of one (1) day to answer Craig's amended Counterclaims, which Craig stated it will file on October 7, 2014. Having considered the Motion and all other relevant factors, it is hereby:

ORDERED AND ADJUDGED that the Motion is GRANTED. SSC shall have one (1) additional day, through and including October 7, 2014 to respond to Craig's amended Counterclaims.

DONE AND ORDERED in Chambers at Miami, Florida this _____ day of October, 2014.

                                                                                        _____
                                                                                        ROBERT N. SCOLA, JR.
                                                                                        UNITED STATES DISTRICT JUDGE

cc: Clerk of Court
All Counsel of Record