UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-22728-Civ-Scola

SEOUL SEMICONDUCTOR CO., LTD.

Plaintiff,

v.

CRAIG ELECTRONICS, INC.,
Defendant.



### MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Marc R. Labgold of the law firm of Nagashima & Hashimoto, 2-4-14 Hirakawa-cho, Chiyoda-ku, Tokyo 102-0093 Japan, for purposes of appearance as co-counsel on behalf of Enplas Display Device Corporation in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Marc R. Labgold to receive electronic filings in this case, and in support thereof states as follows:

1.  Marc R. Labgold is not admitted to practice in the Southern District of Florida and is a member in good standing of the U.S. Supreme Court, Court of Appeals for the Federal Circuit, the District of Columbia Bar and the United States District Court for the Northern District of Georgia and the Bar of the state of Georgia.

2.  Movant, Alan M. Weisberg, Esquire, of the law firm of Christopher & Weisberg, P.A., 200 East Las Olas Blvd., Suite 2040, Fort Lauderdale, FL 33301, 954-828-1488, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida. Alan M. Weisberg maintains an office in this State for the practice of law and

is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Marc R. Labgold made payment of this Court's $75 admission fee and filed a Certification in accordance with Rule 4(b) with an original signature.

4. Marc R. Labgold, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Marc R. Labgold at email address: mlabgold@labgoldlaw.com.

WHEREFORE, Alan M. Weisberg moves this Court to enter an Order Marc R. Labgold, to appear before this Court on behalf of Enplas Display Device Corporation, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Marc R. Labgold.

Date: March 12, 2015

Respectfully submitted,

By: _____
Alan M. Weisberg, Esq.
aweisberg@cwiplaw.com
Florida Bar No. 479349
CHRISTOPHER & WEISBERG, P.A.
200 East Las Olas Boulevard, Suite 2040
Fort Lauderdale, Florida 33301
Ph.: (954) 828-1488
Fax: (954) 828-9122

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-22728-Civ-Scola

| | |
|---|---|
| SEOUL SEMICONDUCTOR CO., LTD. | |
| Plaintiff, | |
| v. | |
| CRAIG ELECTRONICS, INC., Defendant. | |

## CERTIFICATION OF MARC R. LABGOLD

Marc R. Labgold, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of U.S. Supreme Court, Court of Appeals for the Federal Circuit, the District of Columbia Bar and the United States District Court for the Northern District of Georgia and the Bar of the State of Georgia.

Marc R. Labgold, Esq.
mlabgold@labgoldlaw.com
NAGASHIMA & HASHIMOTO
12007 Sunrise Valley Drive
Suite 110
Reston, VA 20191
Phone: 703-901-8860
Fax: 877-401-8855